**brownrudnick**

Jonathan D. White
direct dial: 212-209-4903
fax: 212-938-2804
jwhite@brownrudnick.com

> Initial conference is adjourned from June 13, 2022 to September 2, 2022 at 11:30 a.m.  The conference will proceed telephonically.   Dial-In No.:  1-888-363-4749, Access Code:  3667981.
> SO ORDERED.
> Dated:  6/6/2022
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

June 3, 2022

<u>VIA ECF</u>

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

RE:   <u>*Anja Living, LLC, et al. v. Digital Accessories TCM Ltd., et al.*</u>, **Case No. 2:22-cv-03127-PKC**

Dear Judge Castel:

This firm represents plaintiffs Anja Living, LLC and Highfive Brands Operations, LLC ("Plaintiffs") in the above-referenced action.  I write with consent of all parties to request an adjournment of the Initial Pretrial Conference scheduled for Monday, June 13, 2022 at 10:00 a.m.

The reason for this request is that at this early stage of the litigation, the parties are still assessing their positions and considering potential settlement.  Further, defendants Digital Accessories TCM Ltd. and TCM International Trade Ltd. ("Defendants") have agreed to a waiver of service.  ECF 8.  Because Defendants are both located outside of the United States (ECF 6, Amended Complaint ¶¶ 5-6), Defendants' deadline to file their answer or Rule 12 motion is August 2, 2022—ninety days from May 4, 2022, the date when Plaintiffs sent their request for waiver of service.  ECF 8.  Pursuant to Section 1(B) of Your Honor's Individual Practices, we respectfully request that the Initial Pretrial Conference be adjourned to at least fourteen days after Defendants' answer or Rule 12 motion is due.

This is the first request for an adjournment of this conference made by either party.

Thank you for your consideration of this issue.

Respectfully submitted,

Jonathan D. White

cc:   Guy Yonay, Esq.

Brown Rudnick LLP | brownrudnick.com | 7 Times Square, New York, NY, 10036 | 1.212.209.4800