UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AJNA LIVING, LLC and HIGHFIVE BRANDS
OPERATIONS, LLC,

                      Plaintiffs,                    22-cv-3127 (PKC)

    -against-                               ORDER

DIGITAL ACCESSORIES TCM Ltd. and TCM
INTERNATIONAL TRADE Ltd.,

                      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The mediation currently scheduled for November 17, 2022, is vacated.

        SO ORDERED.

                                            P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
           November 14, 2022