UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AJNA LIVING, LLC and HIGHFIVE
BRANDS OPERATIONS, LLC,

                        Plaintiffs,

                                                              22 **CIVIL** 3127 (PKC)

         -against-                                    **DEFAULT JUDGMENT**

DIGITAL ACCESSORIES TCM LTD. and
TCM INTERNATIONAL TRADE LTD.,

                        Defendants.
------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated May 4, 2023, the Court concludes that defendants are in default and that plaintiffs are entitled to default judgment on their claims for breach of contract against Digital Accessories TCM and against TCM International on a theory of alter ego liability. Default judgment is denied as to the tortious interference claim against TCM International. The defendants' answers are stricken. Defendants are jointly and severally liable to plaintiffs in the amount of $330,431.58 in damages resulting from the breach of the Settlement Agreement, $32,427.56 in prejudgment interest from the period April 1, 2022, to the date of this judgment, $69,037.23 in attorneys' fees.

**DATED**: New York, New York
             May 4, 2023

                                                         **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                                       **BY:**  *K. Mango*

                                                         **Deputy Clerk**